# Exhibit B

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002188615 / 2019-11-21

Application Title: RZ Cupcake Pink/Teal.

Title:             RZ Cupcake Pink/Teal.

Description:       Electronic file (eService)

Copyright Claimant:
                   YZ Productions, Inc.

Date of Creation:  2017

Date of Publication:
                   2018-01-01

Nation of First Publication:
                   United States

Authorship on Application:
                   YZ Productions, Inc., employer for hire; Domicile: United
                      States; Citizenship: United States. Authorship: 2-D
                      artwork.

Rights and Permissions:
                   Matthew Swanlund, Aesthetic Legal, 8055 W Manchester Ave,
                      Suite 310, Playa del Rey, CA, 90293, United States,
                      (310) 301-4545, matthew@aestheticlegal.com

Copyright Note:    C.O. correspondence.
                   Regarding basis for registration: Pictorial and graphic
                      features identified separately from and capable of
                      existing independently of the utilitarian aspects of a
                      useful article.
                   Regarding basis for registration: Registration is based on
                      the artwork. Copyright does not protect names, titles,
                      short phrases or slogans. 37 C.F.R. 202.1.

Names:             YZ Productions, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002195661 / 2019-11-21

Application Title: Slays Hair.

Title:               Slays Hair.

Description:         Electronic file (eService)

Copyright Claimant:
                     YZ Productions, Inc., Transfer: By written agreement.

Date of Creation:    2018

Date of Publication:
                     2018-01-01

Nation of First Publication:
                     United States

Authorship on Application:
                     YZ Productions, Inc., employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: 2-D
                        artwork.

Rights and Permissions:
                     Matthew Swanlund, Aesthetic Legal, 8055 W Manchester Ave,
                        Suite 310, Playa del Rey, CA, 90293, United States,
                        (310) 301-4545, matthew@aestheticlegal.com

Copyright Note:      Basis for Registration: Pictorial and graphic features
                        identified separately from and capable of existing
                        independently of the utilitarian aspects of a useful
                        article.
                     Basis for Registration: registration is based on the
                        artwork in the logo.  Copyright does not protect names,
                        titles, short phrases or slogans.  37 C.F.R. 202.1

Names:               YZ Productions, Inc.

================================================================================
```